## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**UNITED STATES OF AMERICA**

VS.                      **CASE NO: 6:08-cr-129-GAP-DCI**

**FRANK GONZALEZ**

### ORDER

This cause comes before the Court on the United States' Motion for Final Order of Garnishment (Doc. 59) filed May 20, 2022.

On June 16, 2022, the United States Magistrate Judge issued a report (Doc. No. 60) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion for Final Order of Garnishment is **GRANTED**.

3. Garnishee Merrill Lynch, Pierce, Fenner & Smith, Inc., is **ORDERED** to liquidate Defendant's non-exempt interest in his IRA, withhold and pay the appropriate taxes, and to pay the balance to the United States as payment toward Defendant's restitution obligation.

The payment should be made payable to "Clerk, United States District Court," bear the notation Frank Gonzalez, Case No. 6:08-cr-129-GAP-DCI, and mailed to:

>Clerk, United States District Court
>ATTN: DCU 401 West Central Boulevard, Suite 1200
>Orlando, Florida 32801

**DONE** and **ORDERED** in Orlando, Florida on July 5, 2022.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant